*Charles S. Tarpinian* and *Henry Kucharski,* in support of the petition.

*James N. Oliver, Jr.,* assistant prosecuting attorney, in opposition.

Submitted August 5—decided October 8, 1964

NICHOLAS MORRONE *v.* WILLIAM JOSE ET AL.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Sidney Vogel,* for the appellee (plaintiff).

*Arthur Levy, Jr.,* for the appellant (defendant).

Argued October 13—decided October 13, 1964

BRANSON INSTRUMENTS, INC. *v.* HOFFREL INSTRU-
MENTS, INC., ET AL.

The motion by the plaintiff to dismiss the appeal from an order of the Superior Court in Fairfield County at Stamford is granted.

*Ronald J. St. Onge,* for the appellee (plaintiff).

*Thomas C. Gerety,* for the appellants (defendants).

Argued October 6—decided October 14, 1964

HASTINGS W. BAKER ET AL. *v.* CITY OF NORWALK ET AL.

The petition by Ira B. Grudberg for leave to file a brief as amicus curiae is denied.

Submitted October 7—decided October 15, 1964